# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Civ. 9577 |
| DEFENDANT **18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160**, et ano. | TYPE OF PROCESS<br>Publication |

| | |
|---|---|
| **SERVE AT** | Special Agent Colleen Forgetta, U.S. Immigration & Customs Enforcement |
| | 10 Causeway Street, Rm 722, Boston, MA 02222-1054 |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN: Corinne L. Scalogna - FSA Paralegal | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE

Please publish the following notice of publication in a newspaper of general circulation once for three consecutive weeks.

07-ICE-000706
08-ICE-000009
USAO#: 2007V01353

Please return to FSA Paralegal, Corinne L. Scalogna, (212) 637-1064.

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Anna Arreola *[signature]* | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>212-637-2218 | Date<br>December 12, 2007 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| | | | | |
|---|---|---|---|---|
| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [XX] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | |
|---|---|
| NAME & TITLE of Individual Served If not shown above:<br>J. Pollard Forfeiture Specialist | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [ ] PM<br>PLEASE SEE REMARKS BELOW<br>Signature, Title and Treasury Agency *[signature]*<br>Stephen P. Leonard<br>Fines, Penalties & Forfeitures Officer 2/26/08 |

REMARKS The above described order was published in The Miami Herald and The Boston Herald as instructed above. Publication was on January 24, 31 and February 7, 2008. Copies of the publishers' affidavits are attached.

**TD F 90-22.48 (6/96)**

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**RETURNED COPY**

TOTAL P.02

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts }
County of Suffolk } ss.

On this 15th day of February A.D. 20 08 personally appeared before the undersigned, a Notary Public, within and for the said county, Madeleine M. Sheehan of the Boston Herald, a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the USA-335-100-Notice of Civil Forfeiture Proceeding advertisement was published in said newspaper in its issues of

Jan 24, 31, Feb 7 A.D. 20 08

Madeleine M. Sheehan

Subscribed and sworn to before me this 15th day of February A.D. 20 08

Barbara Lundbohm
Notary Public

BARBARA LUNDBOHM
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 1, 2013

NOTICE

USA-335-100-NOTICE OF CIVIL FORFEI-

premises contained in said mortgage shall control in the event of an error in this publication.

Other terms, if any, to be announced at the sale.

GMAC MORTGAGE, LLC
Present holder of said mortgage

By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500
200709-1143 - ORE

Jan 10, 17, 24

**400 Legal Notice** | **400 Legal Notice**

**Legal Notice**

To Douglas M. Truesdale: A hearing will be held on February 8, 2008 at 12 p.m. in the Boston Housing Court on 24 New Chardon Street, Boston, MA, on the motion of Attorney George Warshaw to withdraw as your counsel in the matter of Johnson v. Truesdale, # 00-CV-970. Your attendance is required if you wish to object to said withdrawal.

Jan 17, 24

**PUBLIC NOTICE**

Sale of abandoned property under M.G.L. 255 S.39A owner intent to sell at public auction on January 28, 2008 at 9:00 a.m. at Chevy Auto Body, Inc., 82 Christopher Street, Dorchester, MA 02122.
'96 Ford Windstar GL VI#2FMDA5148TBC09904
OWNER: Shakira Gellin
'93 Nissan Quest SV VI#4N2DN11W2PD845055
OWNER: Jose L. Rodriquez
'99 Olds Alero VI#1G3NK12T6XC422229
OWNER: David McCue, Jr.
'01 Dodge Grand Caravan Spt VI#2B8GP44GX1R129844
OWNER: Risc Inc.
'96 Chevy Tahoe VI#1GNEK13R9TJ358140
OWNER: Kevin Bradshaw
'96 Pontiac VI#1G2NE52M0TC755757
OWNER: Margaret Teague, Naples, Florida

Jan 10, 17, 24

opportunity. yet another reason to love Boston.

FIND THE RIGHT ONE TODAY AT JOBFIND.COM
Herald.com/jobfind | in partnership with YAHOO! hotjobs

provided that such other bidder deposits with Mortgagee's attorneys, Michienzie & Sawin LLC, the amount of the required deposit as set forth below within ten (10) business days after written notice of default of the previous highest bidder and title shall be conveyed to such other bidder within thirty (30) days of the default, which time periods may be reasonably extended by the Mortgagee in its sole discretion.

TERMS OF SALE: Ten Thousand and No/100 Dollars ($10,000.00) is to be paid in certified check and/or bank cashier's check to be paid by the Purchaser at the time and place of sale. The balance of the purchase price is to be paid by the Purchaser by certified check and/or bank cashier's check within thirty (30) days thereafter, which time period may be reasonably extended by the Mortgagee in its sole discretion, at the offices of Harry Castleman, Esquire, Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116. Other terms to be announced at the sale.

LaSalle Bank N.A., as Trustee
present holder of said mortgage
by its attorney, Harry Castleman, Esquire
MICHIENZIE & SAWIN LLC
745 Boylston Street
Boston, MA 02116

Jan 10, 17, 24

need a reason to start your job search?

We've got thousands.

The Boston Herald has now partnered with Yahoo! HotJobs to bring you all kinds of opportunity. More Boston job listings. More up to date. More of what you need to find the right one.

VISIT JOBFIND.COM TODAY.

Herald.com/jobfind | In partnership with YAHOO! hotjobs

©2007 Yahoo! Inc. All rights reserved.

ier's check at the time and place of the sale by the purchaser. The balance of the purchase price shall be paid in cash, certified check, bank treasurer's or cashier's check within thirty (30) days after the date of sale.

Other terms to be announced at the sale.

Shechtman Halperin Savage, LLP, 1080 Main Street, Pawtucket, RI 02860, Attorney for Countrywide Home Loans, Inc., Present Holder of the Mortgage. (401) 272-1400.

Jan 10, 17, 24

**400 Legal Notice** | **400 Legal Notice**

**NOTICE**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

On October 26, 2007, the United States of America commenced a civil action demanding forfeiture, pursuant to 21 U.S.C. §§ 881(a) (6) and (7), 18 U.S.C. s. 981(a) (1) (A), 18 U.S.C. § 985, and 18 U.S.C. §§ 1956 and 1957, of ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160, AND ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, MASSACHUSETTS 02134.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, by March 8, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated: New York, New York
December 12, 2007

Jan 24, 31, Feb 7

617.423.4545
to place your classified ad.

Present holder of said mortgage

By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500
200707-0057 - ORE

Jan 10, 17, 24

BLOG ALERT

HIGH SCHOOL INSIDER

only at
www.bostonherald.com

BOSTON Herald.com

HOTFACTS by YAHOO! hotjobs

1 in 4 office workers say their wireless gadgets feel like a "corporate leash."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160, AND

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, MASSACHUSETTS 02134,

Defendants-in-rem.

---

**PUBLICATION AFFIDAVIT**
**07 Civ. 9577**

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

ANNA E. ARREOLA
Assistant United States Attorney
-Of Counsel-