# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Civ. 9577 |
|---|---|
| DEFENDANT  18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160, et ano. | TYPE OF PROCESS<br>Publication |

| SERVE AT | Special Agent Colleen Forgetta, U.S. Immigration & Customs Enforcement |
|---|---|
| | 10 Causeway Street, Rm 722, Boston, MA 02222-1054 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN:  Corinne L. Scalogna - FSA Paralegal | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE

Please publish the following notice of publication in a newspaper of general circulation once for three consecutive weeks.
   07-ICE-000706
   08-ICE-000009
   USAO#: 2007V01353
Please return to FSA Paralegal, Corinne L. Scalogna, (212) 637-1064.

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Anna Arreola  *[signature]* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>212-637-2218 | Date<br>December 12, 2007 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [XX] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above:<br>J. Pollard Forfeiture Specialist | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM [ ] PM<br><br>PLEASE SEE REMARKS BELOW |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard  2/26/08<br>Fines, Penalties & Forfeitures Officer |

REMARKS  The above described order was published in The Miami Herald and The Boston Herald as instructed above. Publication was on January 24, 31 and February 7, 2008. Copies of the publishers' affidavits are attached.

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**RETURNED COPY**



**Miami Herald**
MiamiHerald.com

PUBLISHED DAILY
MIAMI-DADE-FLORIDA

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before the undersigned authority personally appeared:

SCARLETH Y. MENDOZA

Who on oath says that he/she is

CUSTODIAN OF RECORDS

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

January 24, January 31 and February 7, 2008

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper(s).

Sworn to and subscribed before me this 7th day of February 2008

My Commission
Expires: _____ March 10, 2008 _____
Theodore B. Hay

Notary



USA-23a-100-
NOTICE OF CIVIL FORFEITURE PROCEEDING
Rev. 11/94
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
On October 26, 2007, the United States of America commenced a civil action demanding forfeiture, pursuant to 21 U.S.C. Sections 881(a)(6) and (7), 18 U.S.C. Section 981(a)(1)(A), 18 U.S.C. Section 983 and 19 U.S.C. 1908 and 1957, of ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 16901 COLLINS AVENUE, APARTMENT 222-2, SUNNY ISLES BEACH, FLORIDA 33160, AND ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, MASSACHUSETTS 02134.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same shall not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by March 8, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal Regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated:
New York, New York
December 12, 2007

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160, AND

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, MASSACHUSETTS 02134,

        Defendants-in-rem.

---

## PUBLICATION AFFIDAVIT
## 07 Civ. 9577

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

                          ANNA E. ARREOLA
                    Assistant United States Attorney
                             -Of Counsel-