# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Civ. 9577 |
|---|---|
| DEFENDANT 18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160 | TYPE OF PROCESS<br>Post and Walk |

| SERVE AT | Special Agent Colleen Forgetta, U.S. Immigration & Customs Enforcement |
|---|---|
| | 10 Causeway Street, Rm 722, Boston, MA 02222-1054 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN:   Corinne L. Scalogna - FSA Paralegal | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE

Please execute the attached verified Amended Complaint and execute a post and walk on the real property.
  07-ICE-000706
  08-ICE-000009
  USAO#: 2007V01353
Please return to FSA Paralegal, Corinne L. Scalogna, (212) 637-1064.

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Anna Arreola  *Anna E Arreola / cls* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>212-637-2218 | Date<br>December 12, 2007 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. 2 | District to Serve No. 4 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: SS/A BIRKELAND | Date<br>01-29-08 |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above:<br>J. Pollard Forfeiture Specialist | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>01-29-08 | Time of Service<br>11:30 | [X] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency SS/A BIRKELAND | | |

REMARKS
On January 29, 2008, ICE SAC/Miami agents Catherina Birkeland and William Eshleman personally served the real property and executed the post and walk.

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**RETURNED COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 18801 COLLINS AVENUE, APARTMENT 322-3, SUNNY ISLES BEACH, FLORIDA 33160, AND

ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY AND APPURTENANCES LOCATED AT 85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, MASSACHUSETTS 02134,

    Defendants-in-rem.

---

**POST AND WALK AS TO
18801 COLLINS AVENUE, APARTMENT 322-3
SUNNY ISLES BEACH FLORIDA 33160
07 Civ. 9577**

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

                                    ANNA E. ARREOLA
                           Assistant United States Attorney
                                    -Of Counsel-