**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 8, 2008

*Conference adjourned to 6/12/08 at 5:00 P.M.*

*So ordered.*
*5/8/08* /s/ John G. Koeltl
U.S.D.J.

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

By Fax

Re: *U.S. v. All right, Title and Interest in 18801 Collins Avenue et ano.*, 07 Civ. 9577 (JGK)

Dear Judge Koeltl:

The Government respectfully writes to notify the Court about the status of the above-referenced forfeiture action. A pre-trial conference is scheduled for Monday, May 12, 2008 at 4:30 p.m.

The Government brought this action against two real properties on October 26, 2007, and filed an amended complaint on or about December 11, 2007. The properties are in the name of Maria Nury Caicedo Gallego, who properties have been frozen by the Office of Foreign Assets Control ("OFAC"), Department of the Treasury and whose whereabouts are unknown.

On or about January 3, 2008, the Government sent notice of the amended complaint via certified mail to all potential claimants known to the Government at the time. The Government subsequently learned about additional potential claimants, and sent notice letters to those claimants on or before March 28, 2008.

On May 1, Wells Fargo Bank filed a claim in this action, asserting an interest with respect to a mortgage lien on the property. The Government is attempting to negotiate a settlement with this claimant. As of this morning, no other claims appear on the docket.[1]

---

[1] A letter, dated April 9, 2008, was sent by a condominium association to the Clerk of the Court concerning a lien on the Florida property for unpaid fees. This letter, however, does not comply with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and has not been filed on the docket for this case. Nevertheless, the Government is attempting to reach a settlement with this claimant.

Hon. John G. Koeltl
Page 2
May 8, 2008

      Because the Government is attempting to negotiate a settlement with the only party to appear in this action, the Government respectfully requests, on consent, that the conference be adjourned for 30 days in order to allow the parties to reach an agreement.[2]

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                                By: _____
                                Anna E. Arreola
                                Assistant United States Attorney
                                Tel. No.: (212) 637-2218

cc:     Amy E. Przewozny, Esq. (by fax) (counsel for Wells Fargo Bank)
        Marlene Leon-Rubido, Esq. (by fax) (counsel for La Playa de Varadero IV Condominium
                                         Association)

---

      [2] The initial conference was originally scheduled for March 3, 2008. However, no claimants had appeared in the action, and the conference was adjourned.