Exhibit A

Townhouse Unit #9 at 85 Brainerd Road, Boston, Massachusetts 02135 ("Unit") of the Condominium known as Redstone Court Condominium ("Condominium") Boston, Suffolk County, Massachusetts a Condominium established by the Grantor pursuant to Massachusetts General Laws, Chapter 183A, by Master Deed dated September 30, 1986 and recorded on October 1, 1986, with Suffolk Registry of Deeds in Book 12920, Page 120, as amended by amendment to Master Deed Creating Phase 2 dated November 25, 1986 and recorded with said Deeds on March 16, 1987 as Instrument No. 558 (as amended, the "Master Deed"), which Unit is shown on floor plans recorded simultaneously with the Master Deed and on the copy of the portion of said plans attached t other deed to the Grantor, to which is affixed the verified statement of a registered architect and engineer in the form required by Section 9 of said Chapter 183A.

The Condominium consists of the land with the buildings, improvements and structures hereon shown on a plan entitled "Site Plan, Redstone Court Condominium, Boston, (Brighton), Massachusetts" dated September 17, 1986 prepared by Bradford Soviets & Associates, Inc., recorded with Said master Deed, together with such other buildings, improvements, and structures shown on said Site plan as maybe from time to time added to the Condominium in accordance with the Master Deed.

Said Unit is conveyed together with:

1. An undivided .01485 percentage interest in the common areas and facilities of the condominium ad defined and described in said Master Deed, attributable to the Unit as that undivided interest may change upon amendment of said Master Deed pursuant to Sections 15 and 16 and Schedule B. Thereof.

No use may be made of the Unit except as for residential purposes and as permitted by the Master Deed and By-Laws of the Condominium. The Unit may not be used for any purpose prohibited by any law, rule, regulation or governmental authority or by any agency having jurisdiction over the land, or the condominium, to permit any nuisance, offensive odor or fumes or hazards to health, or to keep any flammable, combustible or explosive fluid, material, chemical or substance therein. No structural alteration or addition to the Unit shall be made without the prior written permission of the managing board of the condominium.

*[signature]*