

**RECORDING REQUESTED BY:**
Option One Mortgage Corporation
3 Ada, Irvine, CA 92618
ATTN: QUALITY CONTROL

1439508(
Loan Number: 201016319
Servicing Number: 6473318

[Space Above This Line For Recording Data]

# ASSIGNMENT OF MORTGAGE

Option One Mortgage Corporation, A California Corporation     holder of a real estate mortgage
from : MARIA N CAICEDO

| | | | |
|---|---|---|---|
| dated : 6/21/02 | recorded with the ALLSTON | District, | Suffolk |
| County Registry of Deeds on | 6/21/02 | as Instrument Number 166 | |
| and in Book | , Page | and/or Certificate of Title No. | |

assigns said mortgage and the Note and claim secured thereby to:

WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
REGISTERED HOLDERS OF OPTION ONE MORTGAGE LOAN TRUST 2002-5,
asset-BACKED CERTIFICATES, SERIES 2002-5

whose address is:

In witness whereof the said    OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION
has caused its corporate seal to be hereto affixed and these presents to be signed, this    27th
day of June ,    2002 .

**LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO HEREIN**
Property Address:    85 BRAINERD ST., UNIT 9 ALLSTON, MA 021344563
Prior Assignments:

TO HAVE AND TO HOLD THE SAME, forever, subject, nevertheless to the conditions therein contained.

Signed and sealed in the presence of :
Witness

_____
Peggy Bartel

_____
Jeramy Brown

OPTION ONE MORTGAGE CORPORATION,
a California Corporation

By: _____
    Linda C. Kerr    , Assistant Secretary

This Instrument Prepared By: Option One Mortgage Corporation, A California Corporation    Address: 3 Ada, Irvine, CA 92618
Phone: (800)704-0800

[Space Below This Line For Acknowledgment]

Commonwealth/State of California, County of _____Orange_____ }SS:
On    June 27, 2002    before me, the undersigned, a Notary Public
in and for said State, personally appeared  Linda C. Kerr    , Assistant Secretary
Option One Mortgage Corporation, A California Corporation
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and

Exhibit A

Townhouse Unit #9 at 85 Brainerd Road, Boston, Massachusetts 02135 ("Unit") of the Condominium known as Redstone Court Condominium ("Condominium") Boston, Suffolk County, Massachusetts a Condominium established by the Grantor pursuant to Massachusetts General Laws, Chapter 183A, by Master Deed dated September 30, 1986 and recorded on October 1, 1986, with Suffolk Registry of Deeds in Book 12920, Page 120, as amended by amendment to Master Deed Creating Phase 2 dated November 25, 1986 and recorded with said Deeds on March 16, 1987 as Instrument No. 558 (as amended, the "Master Deed"), which Unit is shown on floor plans recorded simultaneously with the Master Deed and on the copy of the portion of said plans attached t other deed to the Grantor, to which is affixed the verified statement of a registered architect and engineer in the form required by Section 9 of said Chapter 183A.

The Condominium consists of the land with the buildings, improvements and structures hereon shown on a plan entitled "Site Plan, Redstone Court Condominium, Boston, (Brighton), Massachusetts" dated September 17, 1986 prepared by Bradford Soviets & Associates, Inc., recorded with Said master Deed, together with such other buildings, improvements, and structures shown on said Site plan as maybe from time to time added to the Condominium in accordance with the Master Deed.

Said Unit is conveyed together with:

1. An undivided .01485 percentage interest in the common areas and facilities of the condominium ad defined and described in said Master Deed, attributable to the Unit as that undivided interest may change upon amendment of said Master Deed pursuant to Sections 15 and 16 and Schedule B. Thereof.

No use may be made of the Unit except as for residential purposes and as permitted by the Master Deed and By-Laws of the Condominium. The Unit may not be used for any purpose prohibited by any law, rule, regulation or governmental authority or by any agency having jurisdiction over the land, or the condominium, to permit any nuisance, offensive odor or fumes or hazards to health, or to keep any flammable, combustible or explosive fluid, material, chemical or substance therein. No structural alteration or addition to the Unit shall be made without the prior written permission of the managing board of the condominium.