RECORDING REQUESTED BY &
AFTER RECORDING RETURN TO:
LITTON LOAN SERVICING LP
4828 Loop Central Drive
Houston, TX 77081
Attn: Alison S. Walas  Prepared By: L Kim P

## LIMITED POWER OF ATTORNEY

Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Minnesota, National Association, (the "Principal")(formerly known as Norwest Bank Minnesota, N.A.), in its capacity as trustee under that certain Servicing Agreement relating to **Option One Mortgage Loan Trust, Series 2002-5** dated as of **July 1, 2002** (the "Agreement") by and among **Option One Mortgage Securities Corp** ("Issuer") and Option One Mortgage Corp ("Servicer") and Wells Fargo Bank, N.A. (Trustee).

hereby constitutes and appoints:

### LITTON LOAN SERVICING, LP

its true and lawful attorney-in-fact (the "Attorney-in-Fact"), acting by and through its officers and employees, with full authority and power to execute and deliver on behalf of Principal any and all of the following instruments to the extent consistent with the terms and conditions of the Agreement:

(i) All documents with respect to residential mortgage loans serviced for Principal by said attorney-in-fact which are customarily and reasonably necessary and appropriate to the satisfaction, cancellation, or partial or full release of mortgages, deeds of trust or deeds to secure debt upon payment and discharge of all sums secured thereby; (ii) Instruments appointing one or more substitute trustees to act in place of the trustees named in Deeds of Trust; (iii) Affidavits of debt, notice of default, declaration of default, notices of foreclosure, and all such contracts, agreements, deeds, and instruments as are appropriate to effect any sale, transfer or disposition of real property acquired through foreclosure or otherwise. (iv) All other comparable instruments.

This Limited Power of Attorney is effective as of the date below and shall remain in full force and effect until revoked in writing by the undersigned or termination of the Agreement, whichever is earlier.

Dated: July 20, 2006

Attest:

By: Christopher Regnier
Its: Assistant Secretary

Unofficial Witnesses:

Dolores Branch

Wells Fargo Bank, N.A.,
as Trustee under the Agreement

By: Reid Denny
Its: Vice President

Angela Moore

STATE OF MARYLAND
COUNTY OF HOWARD          ss:

I, Kathleen A. Dean, a Notary Public, certify that Christopher Regnier, personally came before me this day and acknowledged that he is the Assistant Secretary of Wells Fargo Bank, a national association organized and existing under the laws of the United States, and that by authority duly given and as the act of said national association, the foregoing instrument was signed in its name by its Vice President, Reid Denny and sealed with its corporate Wells Fargo Bank seal, and attested to by himself as its Assistant Secretary.

Witness my hand and official seal, this 20th day of July, 2006.

Notary Public: Kathleen A. Dean
My commission expires 2/1/2009

890