UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

v.

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT
18801 COLLINS AVENUE, APARTMENT
322-3, SUNNY ISLES BEACH, FLORIDA
33160, AND

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY AND
APPURTENANCES LOCATED AT'
85 BRAINERD ROAD, TOWNHOUSE 9,
BOSTON, MASSACHUSETTS 02134

               Defendants-in-rem.

**NOTICE OF APPEARANCE**

Civil No. 07-cv-09577-JGK

---

    **PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of Wells Fargo Bank Minnesota, National Association, as Trustee for Registered Holders of Option One Mortgage Loan Trust 2002-5, Asset-Backed Certificates, Series 2002-5, Claimant in the within proceeding as to the Massachusetts Property.

    Please send copies of all Notices and of all papers filed in the case regarding the Massachusetts Property to the undersigned.

DATED: May 19, 2008

                             Yours, etc.

                             **STEVEN J. BAUM, P.C.**
                             Attorneys for Claimant Wells Fargo

                             By: _____
                             Amy E. Przewozny, Esq.
                             AP0026
                             aprzewozny@mbaum.com
                             220 Northpointe Parkway, Suite G
                             Amherst, NY 14228
                             Telephone 716-204-2400
                             Facsimile 716-204-4600

TO: **ANNA E. ARREOLA, ESQ.**
*Assistant United States Attorney*
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2218
Facsimile: (212) 637-2527

**OFFICE OF THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
500 Pearl Street
New York, New York 10007