UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

        Plaintiff,        Case: 07- CIV 9577 (JGK)

v.

All right, title and interest in
real property and appurtenances located
at 18801 Collins Avenue Apartment, 322-3,
Sunny Isles Beach, Florida, 33160

        Defendant.
_____

### DECLARATION OF CLAIM

    BEFORE ME, the undersigned authority, through their attorney, JUSTIN LEVINE, ESQ. with offices located at 191 East t161 Street, Bronx, NY 10451 personally came and appeared Carlos Cordero, as President of LA PLAYA DE VARADERO IV CONDOMINIUM ASSOCIATION, INC., ("Association") who, being first duly sworn, deposes and says:

    1. The Affiant is the President of the Association in the above styled cause and is duly authorized to execute this Affidavit.

    2. The Association's purpose as a condominium association is to carry out its responsibilities pursuant to the Articles of Incorporation, the Bylaws thereof, and the Declaration of Condominium of LA PLAYA DE VARADERO IV CONDOMINIUM ASSOCIATION, INC. as recorded in Official Records Book 16908 at Page 1357 of the Public Records of Miami-Dade County, Florida ("Declaration") and the Florida Statutes Chapter 718 for the property located at 18801 Collins Avenue, Sunny Isles Beach, Florida 33160.

    3. The property located at 18801 Collins Avenue, Unit 322-3, Sunny Isles Beach, Florida 33160, is a condominium unit at the La Playa De Varadero IV Condominium.

    4. The Affiant is the custodian of the records of Association which records relate to unpaid assessments, special assessments, interest, late fees and other charges. Said records

are made and prepared by a person with knowledge of the facts contained therein, are made and prepared at or near the time of the acts, events and description appearing therein, are kept in the course of a regularly conducted business activity by the Association, and it is the regular practice of the Association to make and keep such records.

5. There is now due and owing to the Association the following sums which are secured by an Association Claim of Lien filed in the Public Records of Miami-Dade Country, Florida against 322-3:

Regularly monthly installments of maintenance assessments
due on the 1st day of each month, through April 2008    $8,139.00

Interest                                                     $  125.00

Attorney's Fees and Costs.                                   $  650.00
                            **TOTAL DUE:**      **$8,914.00**

6. Monthly assessments due to the Association are in the sum of $236.50 per month, with a $25.00 late fees.

7. The Association has an interest and claim in the property based upon Article VI of the Declaration of Condominium of LA PLAYA DE VARADERO IV CONDOMINIUM ASSOCIATION, INC. as recorded in Official Records Book 16908 at Page 1357 of the Public Records of Miami-Dade County, Florida.

8. In addition, the Association has an interest and claim in the property based upon Florida Statutes, Section 718.116.

9. The execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true and correct.

        **FURTHER AFFIANT(S) SAYETH NAUGHT.**

                            LA PLAYA DE VARADERO IV CONDOMINIUM
                            ASSOCAITION, INC.


                            _____
                            By: JUSTIN LEVINE, ESQ.
                                Attorney for Defendants
                                191 East 161 Street
                                Bronx, N.Y. 10451
                                (718)992-9600