# BANKS SHAPIRO GETTINGER & WALDINGER, LLP

ATTORNEYS AT LAW
118 NORTH BEDFORD ROAD
P.O. BOX 320
MOUNT KISCO, N.Y. 10549-0320

(914) 666-8033   FAX: (914) 666-4459

CHARLES G. BANKS, JR.
MONA D. SHAPIRO
JOHN H. GETTINGER ∇
STEVEN E. WALDINGER o

BRIAN M. HIGBIE

DAVID P. SEAMAN†
KENNETH H. LANGE
CHRISTOPHER DU P. ROOSEVELT
COUNSEL

∇ Also Admitted in California
o Also Admitted in Connecticut
† Also Admitted in District of Columbia

<u>**Via Electronic Case Filing System**</u>

June 11, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>United States of America v. Defendants-In-Rem</u>
      <u>Civil Docket No.: 07 Civ. 9577</u>

Dear Clerk:

This firm is acting *of counsel* to Perkins & Anctil, P.C., attorneys for Redstone Court Condominium Trust.

Enclosed for filing is Redstone Court Condominium Trust's Verified Claim under Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims regarding asset forfeiture.

Please call me with any questions.

Sincerely yours,

Brian M. Higbie

enclosure

**FILE COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA )
    Plaintiff )
 )
v. )
 )
ALL RIGHT, TITLE AND INTEREST IN REAL )
PROPERTY AND APPURTENANCES LOCATED AT )   07 Civ. 9577
188-1 COLLINS AVENUE, APARTMENT 322-3, )
SUNNY ISLES BEACH, FLORIDA 33160, AND )
 )
ALL RIGHT, TITLE AND INTEREST IN REAL )
PROPERTY AND APPURTENANCES LOCATED AT )
85 BRAINERD ROAD, TOWNHOUSE 9, BOSTON, )
MASSACHUSETTS 02134 )
    Defendants-In-Rem )
 )

---

### REDSTONE COURT CONDOMINIUM TRUST'S VERIFIED CLAIM BY AND THROUGH ITS AUTHORIZED AGENT RYAN GLEYSTEEN UNDER RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARINE AND ASSET FORFEITURE CLAIMS

1. Redstone Court Condominium Trust is a Condominium Trust created by Declaration of Trust recorded with the Suffolk (Massachusetts) Registry of Deeds. Said Condominium Trust is the Unit Owners Association organized pursuant to the provisions of Massachusetts General Laws, Chapter 183A. The Redstone Court Condominium is a residential condominium located in Allston, Suffolk County, Massachusetts. Said Condominium was created by Master Deed dated September 30, 1986, and recorded with the Suffolk (Massachusetts) Registry of Deeds in Book 12920, Page 120. The mailing address of the Condominium Trust is c/o The Albert Corp., 10 Harvard Square #2, Brookline, MA 02146.

2. Maria N. Caicedo (hereinafter "Defendant") is the owner of Unit 9 in the

Redstone Court Condominiums acquired by Deed duly executed, sealed, acknowledged, and delivered dated June 21, 2002 and recorded in the Suffolk Registry of Deeds in Book 28768, Page 291. Ownership of Unit 9 also includes ownership of an undivided 0.01485 percentage interest in the common areas and facilities as defined and described in the Master Deed.

3. I am the Property Manager of the Redstone Court Condominium located in Allston, Suffolk County, Massachusetts. I am employed by The Albert Corp. which has a principal place of business in Brookline, Massachusetts.

4. One of my duties include the collection of all incoming funds for all assessments of unit owners of condominiums located at the Redstone Court Condominium.

5. The Albert Corp. sets up ledger sheets for the Redstone Court Condominium Trust. These ledger sheets set forth all obligations of unit owners at the Redstone Court Condominium, including late fees.

6. Massachusetts General Laws, Chapter 183A, Section 6(a) gives the Redstone Court Condominium Trust the authority to assess against all units in accordance with their respective percentages of undivided interest in the common area and facilities. The statute also gives the Redstone Court Condominium Trust a lien against a unit from the time when the assessment becomes due.

7. Redstone Court Condominium Trust filed suit pursuant to Massachusetts General Laws, Chapter 183A, Section 6, and Chapter 254, Sections 5 and 5A to perfect its lien and

establish priority over other lien holders for the unpaid common area assessments. *Redstone Court Condominium Trust v. Maria N. Caicedo*, Suffolk Superior Court Civil Action No. 07-3077-F; *Redstone Court Condominium Trust v. Maria N. Caicedo*, Suffolk Superior Court Civil Action No. 08-690-C. M. G. L. c. 183A §6 also gives priority over other liens the legal and other costs associated with the collection of the unpaid common area assessments.

8. I have attached a true and attested copy of the ledger sheet for the Maria N. Caicedo.

9. The amount of Twenty Seven Thousand Three Hundred Ninety Four and 56/100 ($27,394.56) Dollars is due and owing through April 30, 2008, on the condominium known as unit 9 at the Redstone Court Condominium owned by the Defendant. This amount includes common area charges, interest, late fees, as well as reasonable attorney's fees and out-of-pocket expenses through April 30, 2008.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30TH DAY OF APRIL 2008.

_____
Ryan Gleysteen

WITNESSS my hand and seal this 30th day of April 2008.

_____   _____
Witness                                                            Ryan Gleysteen

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                     April 30, 2008

On this 30 day of April 2008, before me, the undersigned notary public, personally appeared Ryan Gleysteen, proved to me through satisfactory evidence of identification, which was personal knowledge of identity to be the person whose name is signed on the preceding or attached document and acknowledged to me that he signed it voluntarily for its stated purpose as Property Manager of the Redstone Court Condominium and not individually.

_____
Notary public:
My commission expires: 8/29/2014

```
APR-30-2008 14:33         THE ALBERT CORP                                    2775079      P.01/03
```

T/R 4.3.1                RESTRICTED TRANSACTION HISTORY FOR ALL TRANSACTIONS      AS OF 30 Apr 2008              PAGE   1

CLIENT #: 85         RedStone Court Condo Assc.      PHYS. ADDR: 1085 Commonwealth Ave. #254    MOVEIN DATE: 01 Nov 2001
UNIT #--: TH9        M. Caicedo                                  Boston, MA  02215              % INTEREST-: 1.485000
MAILING ADDRESS:     c/o Beatriz Ranteria            LGL DESC-:                                 HOME#: (617)734-2127
                     1085 Commonwealth Ave. #254     MORTGAGEE:                                 WORK#:
                     BOSTON, MA 02215                SERVICER-:
CURR BALANCE:        27,394.56         PMTS on HOLD:    0.00     PRIMARY CHRG:   447.45    FEE CHARGE:    0.00
                                       UnDEP'd PMTS:   0.00      MISC CHRGS:       0.00    DEP CHARGE:    0.00

| DATE | REF NO. | LAST NAME | SOURCE | AMOUNT | PREV BAL | CURR BAL |
|---|---|---|---|---|---|---|
| 04-01-03 | 41 | Caicedo | ASSOCIATION DUES | 354.00 | 0.00 | 354.00 |
| 04-15-03 | 42 | Caicedo | PAYMENT, CK# .133 | 354.00CR | 354.00 | 0.00 |
| 05-01-03 | 43 | Caicedo | ASSOCIATION DUES | 354.00 | 0.00 | 354.00 |
| 05-15-03 | 44 | Caicedo | PAYMENT, CK# .138 | 708.00CR | 354.00 | <354.00> |
| 06-01-03 | 45 | Caicedo | ASSOCIATION DUES | 354.00 | <354.00> | 0.00 |
| 06-10-03 | 46 | Caicedo | PAYMENT, CK# .143 | 1,062.00CR | 0.00 | <1,062.00> |
| 07-01-03 | 47 | Caicedo | ASSOCIATION DUES | 354.00 | <1,062.00> | <708.00> |
| 08-01-03 | 48 | Caicedo | ASSOCIATION DUES | 354.00 | <708.00> | <354.00> |
| 09-01-03 | 49 | Caicedo | ASSOCIATION DUES | 354.00 | <354.00> | 0.00 |
| 09-01-03 | 50 | Caicedo | SPECIAL ASSESSMENT | 1,237.50 | 93.45 | 1,330.95 |
| 10-01-03 | 51 | Caicedo | ASSOCIATION DUES | 447.45 | 1,330.95 | 1,778.40 |
| 10-01-03 | 52 | Caicedo | SPECIAL ASSESSMENT | 1,237.50 | 1,778.40 | 3,015.90 |
| 10-20-03 | 53 | Caicedo | PAYMENT, CK# 149 | 1,330.95CR | 3,015.90 | 1,684.95 |
| 11-01-03 | 54 | Caicedo | ASSOCIATION DUES | 447.45 | 1,684.95 | 2,132.40 |
| 11-01-03 | 55 | Caicedo | SPECIAL ASSESSMENT | 1,237.50 | 2,132.40 | 3,369.90 |
| 11-17-03 | 56 | Caicedo | DELINQUENT CHARGE | 25.00 | 3,369.90 | 3,394.90 |
| 12-01-03 | 57 | Caicedo | ASSOCIATION DUES | 447.45 | 3,394.90 | 3,842.35 |
| 12-15-03 | 58 | Caicedo | PAYMENT, RMP CK# 154 | 3,842.35CR | 3,842.35 | 0.00 |
| 01-01-04 | 59 | Caicedo | ASSOCIATION DUES | 447.45 | 0.00 | 447.45 |
| 01-20-04 | 60 | Caicedo | DELINQUENT CHARGE | 25.00 | 447.45 | 472.45 |
| 02-01-04 | 61 | Caicedo | ASSOCIATION DUES | 447.45 | 472.45 | 919.90 |
| 02-18-04 | 62 | Caicedo | DELINQUENT CHARGE | 25.00 | 919.90 | 944.90 |
| 03-01-04 | 63 | Caicedo | ASSOCIATION DUES | 447.45 | 944.90 | 1,392.35 |
| 03-16-04 | 64 | Caicedo | DELINQUENT CHARGE | 25.00 | 1,392.35 | 1,417.35 |
| 04-01-04 | 65 | Caicedo | ASSOCIATION DUES | 447.45 | 1,417.35 | 1,864.80 |
| 04-16-04 | 66 | Caicedo | DELINQUENT CHARGE | 25.00 | 1,864.80 | 1,889.80 |
| 04-27-04 | 67 | Caicedo | Perkins#69315,14-day ltr | 75.00 | 1,889.80 | 1,964.80 |
| 05-01-04 | 68 | Caicedo | ASSOCIATION DUES | 447.45 | 1,964.80 | 2,412.25 |
| 05-10-04 | 69 | Caicedo | Perkins#69436, default ltr prep. | 475.00 | 2,412.25 | 2,887.25 |
| 05-18-04 | 70 | Caicedo | DELINQUENT CHARGE | 25.00 | 2,887.25 | 2,912.25 |
| 06-01-04 | 71 | Caicedo | ASSOCIATION DUES | 447.45 | 2,912.25 | 3,359.70 |
| 06-01-04 | 72 | Caicedo | Perk#69565;constable service | 32.00 | 3,359.70 | 3,391.70 |
| 06-16-04 | 73 | Caicedo | Perkins#69656,title exam review-search | 90.00 | 3,391.70 | 3,481.70 |
| 07-01-04 | 74 | Caicedo | ASSOCIATION DUES | 447.45 | 3,481.70 | 3,929.15 |
| 07-06-04 | 75 | Caicedo | Perkins#69897,prep.of agmt w/ bank | 75.00 | 3,929.15 | 4,004.15 |
| 07-12-04 | 76 | Caicedo | PAYMENT, CK# 053245 | 4,004.15CR | 4,004.15 | 0.00 |
| 08-01-04 | 77 | Caicedo | ASSOCIATION DUES | 447.45 | 0.00 | 447.45 |
| 08-17-04 | 78 | Caicedo | DELINQUENT CHARGE | 25.00 | 447.45 | 472.45 |
| 09-01-04 | 79 | Caicedo | ASSOCIATION DUES | 447.45 | 472.45 | 919.90 |
| 09-16-04 | 80 | Caicedo | DELINQUENT CHARGE | 25.00 | 919.90 | 944.90 |
| 10-01-04 | 81 | Caicedo | ASSOCIATION DUES | 447.45 | 944.90 | 1,392.35 |
| 11-01-04 | 82 | Caicedo | ASSOCIATION DUES | 447.45 | 1,392.35 | 1,839.80 |
| 11-01-04 | 83 | Caicedo | SPECIAL ASSESSMENT | 732.60 | 1,839.80 | 2,572.40 |
| 11-09-04 | 84 | Caicedo | PAYMENT, CK# 176 | 1,572.00CR | 2,572.40 | 1,000.40 |
| 12-01-04 | 85 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 1,000.40 | 1,447.85 |
| 12-01-04 | 86 | c/o Beatriz Ranteria | SPECIAL ASSESSMENT | 732.60 | 1,447.85 | 2,180.45 |
| 12-16-04 | 87 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 2,180.45 | 2,205.45 |

(C) Copyright 10:35:50 Apr 30 2008, Advantos Systems, Inc.  All Rights Reserved.

APR-30-2008 14:34        THE ALBERT CORP                                    2775079      P.02/03

T/R 4.3.1                RESTRICTED TRANSACTION HISTORY FOR ALL TRANSACTIONS    AS OF 30 Apr 2008         PAGE   2

| Date | # | Name | Description | Amount | Balance | Running |
|---|---|---|---|---|---|---|
| 12-17-04 | 88 | c/o Beatriz Ranteria | PAYMENT, RMP CK# 179 | 4,000.00CR | 2,205.45 | <1,794.55> |
| 01-01-05 | 89 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | <1,794.55> | <1,347.10> |
| 01-01-05 | 90 | c/o Beatriz Ranteria | SPECIAL ASSESSMENT | 732.60 | <1,347.10> | <614.50> |
| 02-01-05 | 91 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | <614.50> | <167.05> |
| 02-11-05 | 92 | c/o Beatriz Ranteria | PAYMENT, RMP CK# 182 | 167.05CR | <167.05> | <334.10> |
| 03-01-05 | 93 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | <334.10> | 113.35 |
| 04-01-05 | 94 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 113.35 | 560.80 |
| 04-20-05 | 95 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 560.80 | 585.80 |
| 05-01-05 | 96 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 585.80 | 1,033.25 |
| 05-17-05 | 97 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 1,033.25 | 1,058.25 |
| 06-01-05 | 98 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 1,058.25 | 1,505.70 |
| 06-20-05 | 99 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 1,505.70 | 1,530.70 |
| 07-01-05 | 100 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 1,530.70 | 1,978.15 |
| 07-18-05 | 101 | c/o Beatriz Ranteria | Delinquent Charge | 25.00 | 1,978.15 | 2,003.15 |
| 08-01-05 | 102 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 2,003.15 | 2,450.60 |
| 08-16-05 | 103 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 2,450.60 | 2,475.60 |
| 08-15-05 | 104 | c/o Beatriz Ranteria | Perkins#76573: 14day collection letter | 75.00 | 2,475.60 | 2,550.60 |
| 09-01-05 | 105 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 2,550.60 | 2,998.05 |
| 08-29-05 | 106 | c/o Beatriz Ranteria | Perkins#76811, title exam,default ltr,certif. | 554.42 | 2,998.05 | 3,552.47 |
| 09-16-05 | 107 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 3,552.47 | 3,577.47 |
| 09-16-05 | 108 | c/o Beatriz Ranteria | Perkins#77276, title exam review | 57.00 | 3,577.47 | 3,634.47 |
| 10-01-05 | 109 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 3,634.47 | 4,081.92 |
| 10-18-05 | 110 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 4,081.92 | 4,106.92 |
| 10-18-05 | 111 | c/o Beatriz Ranteria | Perkins#77648:title exam | 25.00 | 4,106.92 | 4,131.92 |
| 11-01-05 | 112 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 4,131.92 | 4,579.37 |
| 11-17-05 | 113 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 4,579.37 | 4,604.37 |
| 12-01-05 | 114 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 4,604.37 | 5,051.82 |
| 12-16-05 | 115 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 5,051.82 | 5,076.82 |
| 01-01-06 | 116 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 5,076.82 | 5,524.27 |
| 01-18-06 | 117 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 5,524.27 | 5,549.27 |
| 02-01-06 | 118 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 5,549.27 | 5,996.72 |
| 02-16-06 | 119 | c/o Beatriz Ranteria | DELINQUENT CHARGE | 25.00 | 5,996.72 | 6,021.72 |
| 03-01-06 | 120 | c/o Beatriz Ranteria | ASSOCIATION DUES | 447.45 | 6,021.72 | 6,469.17 |
| 03-16-06 | 121 | Caicedo | DELINQUENT CHARGE | 25.00 | 6,469.17 | 6,494.17 |
| 04-01-06 | 122 | Caicedo | ASSOCIATION DUES | 447.45 | 6,494.17 | 6,941.62 |
| 04-19-06 | 123 | Caicedo | DELINQUENT CHARGE | 25.00 | 6,941.62 | 6,966.62 |
| 05-01-06 | 124 | Caicedo | ASSOCIATION DUES | 447.45 | 6,966.62 | 7,414.07 |
| 05-18-06 | 125 | Caicedo | DELINQUENT CHARGE | 25.00 | 7,414.07 | 7,439.07 |
| 06-01-06 | 126 | Caicedo | ASSOCIATION DUES | 447.45 | 7,439.07 | 7,886.52 |
| 05-15-06 | 127 | Caicedo | Perking #81991: 14 day collection letter | 75.00 | 7,886.52 | 7,961.52 |
| 06-16-06 | 128 | Caicedo | DELINQUENT CHARGE | 25.00 | 7,961.52 | 7,986.52 |
| 07-01-06 | 129 | Caicedo | ASSOCIATION DUES | 447.45 | 7,986.52 | 8,433.97 |
| 07-18-06 | 130 | Caicedo | DELINQUENT CHARGE | 25.00 | 8,433.97 | 8,458.97 |
| 08-01-06 | 131 | Caicedo | ASSOCIATION DUES | 447.45 | 8,458.97 | 8,906.42 |
| 08-17-06 | 132 | Caicedo | DELINQUENT CHARGE | 25.00 | 8,906.42 | 8,931.42 |
| 09-01-06 | 133 | Caicedo | ASSOCIATION DUES | 447.45 | 8,931.42 | 9,378.87 |
| 09-18-06 | 134 | Caicedo | DELINQUENT CHARGE | 25.00 | 9,378.87 | 9,403.87 |
| 10-01-06 | 135 | Caicedo | ASSOCIATION DUES | 447.45 | 9,403.87 | 9,851.32 |
| 10-17-06 | 136 | Caicedo | DELINQUENT CHARGE | 25.00 | 9,851.32 | 9,876.32 |
| 11-01-06 | 137 | Caicedo | ASSOCIATION DUES | 447.45 | 9,876.32 | 10,323.77 |
| 11-16-06 | 138 | Caicedo | DELINQUENT CHARGE | 25.00 | 10,323.77 | 10,348.77 |
| 12-01-06 | 139 | Caicedo | ASSOCIATION DUES | 447.45 | 10,348.77 | 10,796.22 |
| 12-01-06 | 140 | Caicedo | th9Perkins#86506: default ltr/etc collection | 589.88 | 10,796.22 | 11,386.10 |
| 12-18-06 | 141 | Caicedo | DELINQUENT CHARGE | 25.00 | 11,386.10 | 11,411.10 |
| 12-14-06 | 142 | Caicedo | Perkins#87235:Title Exam Deed | 109.76 | 11,411.10 | 11,520.86 |
| 01-01-07 | 143 | Caicedo | ASSOCIATION DUES | 447.45 | 11,520.86 | 11,968.31 |
| 12-29-06 | 144 | Caicedo | Perkins#87754: constable fees | 66.00 | 11,968.31 | 12,034.31 |

(C) Copyright 10:35:50 Apr 30 2008, Advantos Systems, Inc. All Rights Reserved.

```
APR-30-2008  14:34           THE ALBERT CORP                           2775079      P.03/03
T/R  4.3.1                RESTRICTED TRANSACTION HISTORY FOR ALL TRANSACTIONS      AS OF 30 Apr 2008              PAGE   3
```

| Date | # | Name | Description | Amount | Balance | New Balance |
|---|---|---|---|---:|---:|---:|
| 01-17-07 | 145 | Caicedo | DELINQUENT CHARGE | 25.00 | 12,034.31 | 12,059.31 |
| 02-01-07 | 146 | Caicedo | ASSOCIATION DUES | 447.45 | 12,059.31 | 12,506.76 |
| 02-16-07 | 147 | Caicedo | DELINQUENT CHARGE | 25.00 | 12,506.76 | 12,531.76 |
| 01-16-07 | 148 | Caicedo | Perkins - adj. billing | 100.00CR | 12,531.76 | 12,431.76 |
| 01-16-07 | 149 | Caicedo | th9Perkins#88015: title exam | 25.00 | 12,431.76 | 12,456.76 |
| 03-01-07 | 150 | Caicedo | ASSOCIATION DUES | 447.45 | 12,456.76 | 12,904.21 |
| 03-21-07 | 151 | Caicedo | DELINQUENT CHARGE | 25.00 | 12,904.21 | 12,929.21 |
| 04-01-07 | 152 | Caicedo | ASSOCIATION DUES | 447.45 | 12,929.21 | 13,376.66 |
| 04-17-07 | 153 | Caicedo | DELINQUENT CHARGE | 25.00 | 13,376.66 | 13,401.66 |
| 05-01-07 | 154 | Caicedo | ASSOCIATION DUES | 447.45 | 13,401.66 | 13,849.11 |
| 05-01-07 | 155 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 13,849.11 | 14,443.11 |
| 05-01-07 | 156 | Caicedo | TH9 Perkins #89885:title exam | 25.00 | 14,443.11 | 14,468.11 |
| 05-16-07 | 157 | Caicedo | DELINQUENT CHARGE | 25.00 | 14,468.11 | 14,493.11 |
| 06-01-07 | 158 | Caicedo | ASSOCIATION DUES | 447.45 | 14,493.11 | 14,940.56 |
| 06-01-07 | 159 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 14,940.56 | 15,534.56 |
| 05-31-07 | 160 | Caicedo | TH9 Perkins#90618:title exam | 58.00 | 15,534.56 | 15,592.56 |
| 06-18-07 | 161 | Caicedo | DELINQUENT CHARGE | 25.00 | 15,592.56 | 15,617.56 |
| 06-15-07 | 162 | Caicedo | TH9 Perkins#90881:Consbl.fee/cert.copy/summon | 398.00 | 15,617.56 | 16,015.56 |
| 07-01-07 | 163 | Caicedo | ASSOCIATION DUES | 447.45 | 16,015.56 | 16,463.01 |
| 07-01-07 | 164 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 16,463.01 | 17,057.01 |
| 07-17-07 | 165 | Caicedo | DELINQUENT CHARGE | 25.00 | 17,057.01 | 17,082.01 |
| 07-27-07 | 166 | Caicedo | #TH9 Perkins#91819:Review ttle/draft complain | 1,500.00 | 17,082.01 | 18,582.01 |
| 08-01-07 | 167 | Caicedo | ASSOCIATION DUES | 447.45 | 18,582.01 | 19,029.46 |
| 08-01-07 | 168 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 19,029.46 | 19,623.46 |
| 08-01-07 | 169 | Caicedo | #TH9 Perkins#92438:Registry record,FedEx chrg | 110.00 | 19,623.46 | 19,733.46 |
| 08-16-07 | 170 | Caicedo | DELINQUENT CHARGE | 25.00 | 19,733.46 | 19,758.46 |
| 09-01-07 | 171 | Caicedo | ASSOCIATION DUES | 447.45 | 19,758.46 | 20,205.91 |
| 09-01-07 | 172 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 20,205.91 | 20,799.91 |
| 09-18-07 | 173 | Caicedo | DELINQUENT CHARGE | 25.00 | 20,799.91 | 20,824.91 |
| 10-01-07 | 174 | Caicedo | ASSOCIATION DUES | 447.45 | 20,824.91 | 21,272.36 |
| 10-01-07 | 175 | Caicedo | AMENDMENT:SUPPL.BUDGET | 594.00 | 21,272.36 | 21,866.36 |
| 10-16-07 | 176 | Caicedo | DELINQUENT CHARGE | 25.00 | 21,866.36 | 21,891.36 |
| 11-01-07 | 177 | Caicedo | ASSOCIATION DUES | 447.45 | 21,891.36 | 22,338.81 |
| 11-16-07 | 178 | Caicedo | DELINQUENT CHARGE | 25.00 | 22,338.81 | 22,363.81 |
| 12-01-07 | 179 | Caicedo | ASSOCIATION DUES | 447.45 | 22,363.81 | 22,811.26 |
| 11-30-07 | 180 | Caicedo | #TH9 Perkins#94150: Default letter prep/fee | 510.00 | 22,811.26 | 23,321.26 |
| 12-17-07 | 181 | Caicedo | #TH9 Perkins#94450: Constable servce fee | 33.00 | 23,321.26 | 23,354.26 |
| 01-01-08 | 182 | Caicedo | ASSOCIATION DUES | 447.45 | 23,354.26 | 23,801.71 |
| 01-16-08 | 183 | Caicedo | DELINQUENT CHARGE | 25.00 | 23,801.71 | 23,826.71 |
| 02-01-08 | 184 | Caicedo | ASSOCIATION DUES | 447.45 | 23,826.71 | 24,274.16 |
| 01-31-08 | 185 | Caicedo | #TH9 Perkins#96409: Title exam/record fee | 1,372.50 | 24,274.16 | 25,646.66 |
| 02-19-08 | 186 | Caicedo | DELINQUENT CHARGE | 25.00 | 25,646.66 | 25,671.66 |
| 03-01-08 | 187 | Caicedo | ASSOCIATION DUES | 447.45 | 25,671.66 | 26,119.11 |
| 02-29-08 | 188 | Caicedo | #TH9 Perkins#96865: Sheriff's/recording fee | 125.00 | 26,119.11 | 26,244.11 |
| 03-18-08 | 189 | Caicedo | DELINQUENT CHARGE | 25.00 | 26,244.11 | 26,269.11 |
| 04-01-08 | 190 | Caicedo | ASSOCIATION DUES | 447.45 | 26,269.11 | 26,716.56 |
| 03-31-08 | 191 | Caicedo | #TH9 Perkins#97352: Legal notice published | 378.00 | 26,716.56 | 27,094.56 |
| 04-17-08 | 192 | Caicedo | DELINQUENT CHARGE | 25.00 | 27,094.56 | 27,119.56 |
| 04-16-08 | 193 | Caicedo | #TH9 Perkins#97734: Title update review | 275.00 | 27,119.56 | 27,394.56 |