USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Plaintiff(s),

    -against-

DEFENDANT PROPERTY SUNNY ISLES
BEACH, FLORIDA 33160, et al.,
                         Defendant(s).
------------------------------------------------------X

**ORDER**

07 civ 9577 (JGK)

Another conference shall be held on **Thursday, August 21, 2008 at 4:30pm.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 12, 2008